AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                          DISTRICT OF    ALABAMA

ROY T. EVANS, JR.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:05CV1180 C

J & J TRANS, LLC

TO: (Name and address of defendant)
J & J Trans, LLC
Attn: Shin Jae Cheol
5050 Bell Road, 4910-C
Montgomery, Alabama 36116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andy Nelms
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE    12/16/05