AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                           DISTRICT OF     ALABAMA

ROY T. EVANS, JR.              *Alias*            **SUMMONS IN A CIVIL CASE**

V.                                          CASE NUMBER:

J & J TRANS, LLC                              2:05CV 1180- CSC

TO: (Name and address of defendant)
J & J Trans, LLC
Attn: Kenneth J. Shin
7956 Vaughn Road #205
Montgomery, Alabama 36116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within                    20                    days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

DATE     1/25/06

(BY) DEPUTY CLERK