**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   J & J Tans, LLC
   c/o Kenneth J. Shin
   7956 Vaughn Road
   Montgomery, AL 36116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  h. mosley    ☒ Agent  ☐ Addressee

B. Received by (Printed Name)
   h. mosley

C. Date of Delivery
   1-26-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:05CV 1180-CSC
   alias SM  (20)

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number
   (Transfer from service label)
   7005 0390 0000 5265 0387

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540