IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROY T. EVANS, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NUMBER: 2:05 CV1180-CSC |
| | * | |
| J & J TRANS, LLC, | * | |
| | * | |
| Defendants. | * | |

## ANSWER TO COMPLAINT

COMES NOW the Defendant, by and through the undersigned attorney, and for answer to the Complaint says as follows:

1. This Defendant denies paragraph one of the Complaint.

2. This Defendant denies paragraph two of the Complaint.

3. This Defendant denies paragraph three of the Complaint.

4. This Defendant denies paragraph four of the Complaint.

5. This Defendant denies paragraph five of the Complaint.

6. Admitted.

7. This Defendant denies paragraph seven of the Complaint.

8. This Defendant denies paragraph eight of the Complaint.

9. This Defendant denies paragraph nine of the Complaint.

10. This Defendant denies paragraph ten of the Complaint.

11. This Defendant denies paragraph eleven of the Complaint.

12. Unknown to this Defendant at this time.

13. It is admitted that Plaintiff was employed by Defendant for approximately three weeks during 2005.

14. Admitted.

15. This Defendant denies paragraph fifteen of the Complaint.

16. This Defendant denies paragraph sixteen of the Complaint.

17. This Defendant denies paragraph seventeen of the Complaint.

18. This Defendant affirmatively avers lack of a condition precedent to the maintenance of this lawsuit by Plaintiff.

19. This Defendant affirmatively avers that Plaintiff only worked for the Defendant from approximately September 10, 2005, until September 27, 2005, working irregularly during that time frame. The only overtime possibly worked by the Plaintiff was during the week of September 12, 2005, and at the very most, Plaintiff worked 14 hours of overtime. Defendant was never requested to pay overtime, but stands ready and willing to pay overtime for that week, if acceptable to Plaintiff. However, Plaintiff has not responded to Defendant regarding this issue.

20. This Defendant pleads the general issue.

21. This Defendant reserves the right to supplement this answer as discovery progresses in this case, and as allowed by the Court.

_____
ALEX L. HOLTSFORD, JR. (HOL048)
Attorney For Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND
   HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone:	(334) 215-8585
Facsimile:	(334) 215-7101

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Andy Nelms
Attorney For Plaintiff
Post Office Box 5059
Montgomery, Alabama 36103

This the 24 day of February, 2005.

_____
OF COUNSEL