IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROY T. EVANS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv1180-CSC |
| | ) | |
| J&J TRANS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On March 28, 2006, the court ordered the parties to file a FED. R. CIV. P. 26(f) planning report on or before April 18, 2006.  *See* Doc. # 6.  To date, the parties have filed nothing in response to the court's order.  Accordingly, it is

ORDERED that on or before May 11, 2006, the parties shall show cause why they should not be sanctioned for their failure to file a FED. R. CIV. P. 26(f) planning report as directed.

Done this 27th day of April, 2006.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE