IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY T. EVANS, | ) |
|     Plaintiff, | ) |
| v. | )   Case No.: 2:05cv1180-C |
| J & J TRANS, LLC | ) |
|     Defendant. | ) |

**RESPONSE TO SHOW CAUSE**

COMES NOW, Counsel for the Plaintiff, and humbly responds to the Court's order dated April 27, 2006, to show cause why sanctions should not be entered in this action for failure to submit the Fed. R. Civ. P. 26(f) planning report as directed on March 28, 2006, and states as follows:

1. Counsel for the parties were negotiating the issues in this matter in an attempt to settle this case; and, it was thought this matter could be resolved.

2. Counsel for Plaintiff assumed responsibility for the filing of the proposed scheduling order; however, due to inadvertence, he failed to do so. Please accept the scheduling order hereto attached.

Respectfully Submitted this the 2nd day of May, 2006.

                                                    /s/ Andy Nelms
                                                  K. ANDERSON NELMS (NEL022)
                                                  P.O. Box 5059
                                                  Montgomery, AL 36103

Phone: (334) 263-7733

Fax: (334) 832-4390

andynelms@jaylewislaw.com

ASB-6972-E63K

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Alex Holtsford, attorney for the defendant.

/s/ Andy Nelms

K. ANDERSON NELMS (NEL022)

P.O. Box 5059

Montgomery, AL 36103

Phone: (334) 263-7733

Fax: (334) 832-4390

andynelms@jaylewislaw.com

ASB-6972-E63K