IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROY T. EVANS, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NUMBER: 2:05 CV1180-CSC |
| | * | |
| J & J TRANS, LLC, | * | |
| | * | |
| Defendants. | * | |

**RESPONSE BY DEFENDANT TO SHOW CAUSE**

COMES NOW the undersigned attorney, on behalf of the Defendant, and responds to the Court's Order of April 27, 2006, as follows:

1. The undersigned attorney and the Plaintiff attorney have discussed resolving this case, and were attempting to resolve the entire lawsuit before either party expended funds on the case. Through inadvertence, the proposed planning report was not filed, even though the conference was held between the parties. For the information of the Court, this case involves a claim of lack of payment of overtime wages, which Defendant calculates to be a maximum of $56.00. The undersigned attorney voluntarily undertook to help the owner of the Defendant company resolve this case, without compensation, and is attempting to fully resolve this case for the benefit of both parties, without unnecessary expenditure of money, for reasons mentioned above. Notwithstanding, the undersigned attorney

has worked with Plaintiff counsel to prepare and submit a proposed scheduling order.

/s Alex L. Holtsford, Jr.
ALEX L. HOLTSFORD, JR.  (HOLO48)
Attorney For Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND
   HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone:          (334) 215-8585
Facsimile:          (334) 215-7101

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

K. Anderson Nelms
Attorney For Plaintiff
Post Office Box 5059
Montgomery, Alabama 36103

This the 2nd day of May, 2006.

/s Alex L. Holtsford, Jr.
_____
OF COUNSEL