IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

RECEIVED
2006 JUL 25 P 4: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ROY T. EVANS, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1180-C |
| J&J TRANS, LLC, | ) |
| Defendants, | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

July 25, 2006
Date

_[signature]_
Signature

J & J Trans, LLC
Counsel For (**print** name of all parties)

P.O. Box 4128, Montgomery, AL 36103
Address, City, State Zip Code

(334) 215-8585
Telephone Number