IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 11  P 2: 41

| | |
|---|---|
| ROY T. EVANS, JR., | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:05-CV-1180-C |
| v. | ) |
| J&J TRANS, LLC, | ) |
| Defendants. | ) |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

4-11-06
Date

_[signature]_
Signature

ROY T. EVANS
Counsel For (**print** name of all parties)

847 S. McDonough St.
Montg. AL 36104
Address, City, State Zip Code

334 263-7733
Telephone Number

## DO NOT ELECTRONICALLY FILE THIS DOCUMENT