IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROY T. EVANS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )  Case No.: 2:05cv1180-C |
| | ) |
| **J & J TRANS, LLC** | ) |
| | ) |
|     **Defendant.** | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiff has met and conferred with counsel for the defendant regarding the possibility of settling this case. At this point, it appears that settlement will not be possible; however the parties continue to negotiate. At this point, it does not appear that mediation will be useful in this case.

RESPECTFULLY SUBMITTED on this the __19th_ day of February, 2007.

/s/ Andy Nelms
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of February, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Alex Holtsford, attorney for the defendant.

      /s/ Andy Nelms
      K. ANDERSON NELMS (NEL022)
      P.O. Box 5059
      Montgomery, AL 36103
      Phone: (334) 263-7733
      Fax: (334) 832-4390
      andynelms@jaylewislaw.com
      ASB-6972-E63K