IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROY T. EVANS, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NUMBER: 2:05 CV1180-CSC |
| | * | |
| J & J TRANS, LLC, | * | |
| | * | |
| Defendants. | * | |

## STIPULATION OF DISMISSAL

COME NOW all parties to this matter and stipulate that the entirety of this case has been settled, by compromise settlement, and is due to be dismissed, with prejudice, with each party to bear his or her own costs and expenses.

_____
ANDY NELMS
Attorney For Plaintiff

OF COUNSEL:
LAW OFFICES OF JAY LEWIS, LLC
Post Office Box 5059
Montgomery, Alabama 36103
Telephone:     (334) 263-7733

_____
ALEX L. HOLTSFORD, JR. (HOLO48)
Attorney For Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND
　　HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone:        (334) 215-8585
Facsimile:        (334) 215-7101