IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY T. EVANS, JR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO.  2:05cv1180-CSC |
| | ) |
| J&J TRANS, LLC, | ) |
| | ) |
|    Defendants. | ) |

**FINAL JUDGMENT**

Upon consideration of the joint stipulation for dismissal filed on April 17, 2007, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice, each party to bear its own costs.  It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

Done this 17th day of April, 2007.


                                            /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE